1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL STEVE DIXON,

11              Plaintiff,              No. 2:10-cv-1441 GEB KJN P

12        vs.

13   S. LAROSA, et al.,

14              Defendants.             ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel.  On September 6, 2011,

17   defendant Gamez filed a motion to dismiss.  On September 30, 2011, plaintiff was granted an

18   extension of time to file an opposition.  However, on October 31, 2011, plaintiff filed a motion to

19   withdraw defendant V. Gamez.  Accordingly, IT IS HEREBY ORDERED that defendant Gamez

20   shall notify this court, within fourteen days, whether he has any objection to the voluntary

21   dismissal of defendant Gamez from this action.  Should defendant Gamez fail to respond,

22   plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

23   DATED:  November 1, 2011

24                                        _____
                                          Kendall J. Newman
25                                        KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
26   dixo1441.59a