IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

      Plaintiff,                      No. 2:10-cv-1441 GEB KJN P

     vs.

S. LAROSA, et al.,

      Defendants.             ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel.  On September 6, 2011, defendant Gamez filed a motion to dismiss.  On September 30, 2011, plaintiff was granted an extension of time to file an opposition.  However, on October 31, 2011, plaintiff filed a motion to withdraw defendant V. Gamez.  Accordingly, IT IS HEREBY ORDERED that defendant Gamez shall notify this court, within fourteen days, whether he has any objection to the voluntary dismissal of defendant Gamez from this action.  Should defendant Gamez fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED:  November 1, 2011

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

dixo1441.59a