1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DANIEL STEVE DIXON,

11              Plaintiff,                No. 2:10-cv-1441 GEB KJN P

12        vs.

13    S. LAROSA,                          ORDER AND REVISED

14              Defendants.               SCHEDULING ORDER

15    _____/

16              Plaintiff has filed his second request for an extension of time to file a reply to

17    defendants' response.  Good cause appearing, the request is granted.  No further extensions of

18    time will be granted.  Because this revised deadline will exceed the pretrial motions deadline, the

19    pretrial motions deadline is continued from May 8, 2013, to July 8, 2013.

20              Plaintiff is reminded of his obligation to notify the court and opposing counsel

21    each and every time his address changes.  See L.R. 182(f).  A party's failure to inform the court

22    of a change of address may result in the imposition of sanctions including dismissal of the action.

23              IT IS HEREBY ORDERED that:

24              1.  Plaintiff's request for an extension of time (dkt. no. 103) is granted;

25              2.  Plaintiff is granted forty-five days from the date of this order in which to file a

26    reply;

1

3.  The Clerk of the Court is directed to change plaintiff's address as set forth in the motion (dkt. no. 103); and

4.  The pretrial motions deadline is continued from May 8, 2013, to July 8, 2013.

DATED:  April 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dixo1441.36.sec