UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVEN DIXON,<br><br>          Plaintiff,<br><br>     v.<br><br>S. LaROSA,<br><br>          Defendants. | No. 2:10-cv-1441 TLN KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's February 17, 2015 motion for an extension of time (ECF No. 135) is granted; and

2. Plaintiff is granted 30 days from the date of this order in which to file objections to the findings and recommendations.

Dated: February 26, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dixo1441.36