1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVEN DIXON, | No. 2:10-cv-1441 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. LaROSA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  The findings and recommendations were adopted in full on March 31, 2014, and judgment was entered.

Plaintiff sought reconsideration, and by order filed January 29, 2015, the action was reopened for the limited purpose of allowing plaintiff to file objections to the findings and recommendations.  After receiving an extension of time, Plaintiff filed objections to the findings and recommendations on February 27, 2015.  On March 13, 2015, Defendant filed a reply.

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2014, are adopted in full;
2. Defendant's Motion for Summary Judgment (ECF No. 108) is granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 27, 2015

Troy L. Nunley
United States District Judge